## Peter Hand Brewing Company, Appellee, v. Michael H. Schmitz and Annie J. Schmitz, Appellants.

### Gen. No. 22,014.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. WIL-LIAM FENIMORE COOPER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed May 23, 1916.

### Statement of the Case.

Action by Peter Hand Brewing Company, a corporation, plaintiff, against Michael H. Schmitz and Annie J. Schmitz, defendants. From a judgment for plaintiff, defendants appeal.

J. H. GEWEKE, for appellants.

MAYER, MEYER, AUSTRIAN & PLATT, for appellee.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1751*—*when judgment affirmed for absence of bill of exceptions.* Where the errors assigned on appeal relate wholly to matters that can be made to appear only by bill of exceptions and the record does not contain one, a motion to affirm the judgment below will be granted.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.